UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| GARY T. WASHINGTON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | Case No. 4:05CV473MLM |
| LARRY ROWLEY, | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Respondent Larry Rowley and against Petitioner Gary T. Washington and that the Petition filed by Petitioner for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED,** with prejudice. Doc. 1.

    /s/Mary Ann L. Medler
    MARY ANN L. MEDLER
    UNITED STATES MAGISTRATE JUDGE

Dated this 8th day of January, 2007.